UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION,<br><br>                              Plaintiff,<br><br>                -v.-<br><br>ADAM MATTESSICH,<br><br>                              Defendant. | 18 Civ. 5884 (KPF)<br><br>ORDER |

KATHERINE POLK FAILLA, District Judge:

      Trial in this action shall commence on **January 31, 2022, at 9:00 a.m.** in Courtroom 618 of the Thurgood Marshall Courthouse, 40 Foley Square, New York, New York. The parties are hereby ORDERED to exchange drafts of their portions of the Joint Pretrial Order by no later than **December 27, 2021**. The parties are further ORDERED to file the Joint Pretrial Order, motions *in limine*, requests to charge, proposed *voir dire* questions, and pretrial memoranda of law (if any) by **January 3, 2022**. Any opposition papers shall be filed by **January 10, 2022**. Additionally, the parties are ORDERED to appear for a final pretrial conference on **January 17, 2022, at 3:00 p.m.** in Courtroom 618 of the Thurgood Marshall Courthouse, 40 Foley Square, New York, New York.

      SO ORDERED.

Dated:  April 6, 2021
           New York, New York

*[signature: Katherine Polk Failla]*

                                         KATHERINE POLK FAILLA
                                         United States District Judge