UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

SECURITIES AND EXCHANGE
COMMISSION,

                          Plaintiff,

            -v.-

ADAM MATTESSICH,

                          Defendant.

18 Civ. 5884 (KPF)

**ORDER**

KATHERINE POLK FAILLA, District Judge:

The Southern District of New York has reconfigured courtrooms and

other spaces in its courthouses to allow civil jury trials to proceed as safely as

possible during the COVID-19 pandemic.  Under the centralized calendaring

system currently in place, the Clerk's Office schedules up to three jury trials to

begin on each day of jury selection: a primary case and up to two back-up

cases that may proceed in its place if the primary case does not go forward.  On

April 6, 2021, the Court ordered the trial in this matter to commence on

January 31, 2022 (Dkt. #78), and proceeded to request a jury trial for that

date.

The Clerk's Office has now notified the Court that this case has been

placed on the jury trial list for **February 2, 2022**.  The case must be trial-ready

for that date.  The case is third on the list for jury trials for that day.  This

means that the case will not proceed on February 2, 2022, if either of the other

trials scheduled for that date goes forward.  If the case cannot proceed on the

scheduled date, the Court will seek another jury trial date for as soon as

possible thereafter.  As soon as the Court confirms that the matter will proceed on February 2, 2022, it will inform the parties.

The dates contained in the Court's original trial scheduling order remain in effect, except for the date of the final pretrial conference.  (Dkt. #78).  Pursuant to that Order, the parties' Joint Pretrial Order, motions *in limine,* requests to charge, proposed *voir dire* questions, and any pretrial memoranda of law (if any) are due **January 3, 2022**; and any opposition papers to motions *in limine* are due **January 10, 2022**.  (*Id.*).  The Court will hold the final pretrial conference on **January 18, 2022**, **at 10:00 a.m.**, in Courtroom 618 of the Thurgood Marshall Courthouse, 40 Foley Square, New York, New York.

SO ORDERED.

Dated:   December 7, 2021
         New York, New York

_____
KATHERINE POLK FAILLA
United States District Judge

2