**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION,<br><br>                            Plaintiff,<br><br>               -against-<br><br>ADAM MATTESSICH,<br><br>                            Defendant. | 18 Civ. 05884 (KPF) |

**NOTICE OF PLAINTIFF SECURITIES AND EXCHANGE COMMISSION'S MOTIONS *IN LIMINE***

**PLEASE TAKE NOTICE** that, on a date and time set by the Court, the undersigned attorneys for Plaintiff Securities and Exchange Commission (the "Commission") shall move before the Honorable Katherine Polk Failla, United States District Judge, of the United States District Court for the Southern District of New York, at the Thurgood Marshall United States Courthouse, 40 Foley Square, New York, New York 10007, for the entry of an order granting the Commission's Motions *In Limine*.

**PLEASE TAKE FURTHER NOTICE** that, in support of this motion, the Commission will be relying upon (1) its Memorandum of Law in Support of Plaintiff's Motions *In Limine*, filed herewith; (2); the Declaration of Lee A. Greenwood and exhibits thereto, filed herewith; and (3) the parties' Joint Pretrial Order and other pretrial filings filed today.

**PLEASE TAKE FURTHER NOTICE** that, pursuant to the Court's Order dated December 7, 2021, Defendant's opposition shall be filed no later than January 10, 2022.

Dated: January 3, 2022  SECURITIES AND EXCHANGE COMMISSION
New York, New York

By:  /s/ Philip A. Fortino
Philip A. Fortino
Lee A. Greenwood
Preethi Krishnamurthy
New York Regional Office
200 Vesey Street, Suite 400
New York, NY 10281
(212) 336-1014 (Fortino)
FortinoP@sec.gov