UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

SECURITIES AND EXCHANGE COMMISSION,

        Plaintiff,

     -v.-

ADAM MATTESSICH,

        Defendant.

18 Civ. 5884 (KPF)

**VERDICT FORM**
**February 15, 2022**

1. Has the plaintiff, the Securities and Exchange Commission, proved by a preponderance of the evidence that the defendant, Adam Mattessich, aided and abetted Cantor Fitzgerald's violation of the Compensation Record Rule?

   YES ✓   NO ___

   *(Please proceed to the next page.)*

Your deliberations are finished. This form should be signed, dated, and given to the Marshal.

1. _[signature]_ 2/16/22
   Foreperson

2. _Toni Dietz_ 2/16/22
   Juror

3. _[signature]_ 2/16/22
   Juror

4. _L. Kerrigan_ 2/16/22
   Juror

5. _[signature]_ 2/16/22
   Juror

6. _[signature]_ 2/16/2022
   Juror

7. _[signature]_ 2/16/22
   Juror

8. _Katie Roberts_ 2/16/2022
   Juror

9. _Gerard Hemers_ 2/16/2022
   Juror

10. _[signature]_ 2/16/2022
    Juror

2