**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-------------------------------------------------------------X
SECURITIES AND EXCHANGE COMMISSION,

                Plaintiff,

  -against-                             18 **CIVIL** 5884 (KPF)

## **JUDGMENT**

ADAM MATTESSICH,

                Defendant.
-------------------------------------------------------------X

It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Opinion and Order dated November 15, 2022, the Court permanently enjoins Defendant from future violations of the Compensation Record Rule, and imposes a civil penalty of $180,000.

**Dated:** New York, New York

      November 16, 2022

                                               **RUBY J. KRAJICK**

                                                   **Clerk of Court**

                     **BY:**          K. Mango

                                                   **Deputy Clerk**